Davis v. Ritchie.

DAVIS, *Appellant,* v. RITCHIE.

Practice : AMENDMENT : STRIKING OUT NAME OF CO-PLAINTIFF. An amendment by striking out the name of a co-plaintiff does not change the original cause of action, and is permissible under Revised Statutes, section 3060.

*Appeal from Buchanan Circuit Court.*—HON. W. H. SHERMAN, Judge.

REVERSED.

*Jas. W. Boyd* for appellant.

*Moss & Shortridge* for respondent.

PER CURIAM.—We reverse the judgment in this cause because the amendment, consisting as it did in striking out the name of Davis as co-plaintiff, was an amendment which did not change the original cause of action, in the smallest particular and was an amendment perfectly competent to make under the liberal provisions of section 3060, Revised Statutes, 1879. Therefore, judgment reversed and cause remanded.